

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR3912-KSC |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| HIGINIO DE LEON DIAZ, | |
| Defendant | |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against HIGINIO DE LEON DIAZ, in this case is dismissed without prejudice.

SO ORDERED.

DATED: January 29, 2020

HONORABLE KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE